UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

OLIVERIO MARTINEZ and WILLIAM HALL, Derivatively on Behalf of TOLL BROTHERS, INC.,

    Plaintiffs,

vs.

ROBERT I. TOLL, BRUCE E. TOLL, ZVI BARZILAY, JOEL H. RASSMAN, JOSEPH R. SICREE, PAUL E. SHAPIRO, CARL B. MARBACH, ROBERT S. BLANK, RICHARD J. BRAEMER, ROGER S. HILLAS, EDWARD G. BOEHNE, and STEPHEN A. NOVICK,

    Defendants,

    and

TOLL BROTHERS, INC., a Delaware corporation,

    Nominal Defendant.

Lead Civil Action No. 2:09-cv-00937-CDJ
(Consolidated with Civil Action No. 2:09-cv-01405-CDJ)

Honorable C. Darnell Jones II

---

## UNOPPOSED MOTION FOR APPROVAL OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, Plaintiffs move the Court to approve a voluntary dismissal with prejudice of these actions (the "Federal Actions"). As the Court is aware, the Federal Actions are shareholder derivative suits brought on behalf of nominal defendant Toll Brothers, Inc. ("Toll Brothers" or the "Company") against certain of its directors and officers for alleged breaches of fiduciary duty, corporate waste, unjust enrichment, and contribution and indemnification. By order dated March 18, 2011, the Court placed the Federal Actions on its suspense docket to allow the parties to engage settlement discussions. A similar shareholder derivative action on behalf of Toll Brothers against certain of its directors and officers was pending before the Delaware Court of Chancery, C.A. No. 4140-VCL (the "Delaware Action").

On December 6, 2012, the parties to the Federal Actions and the Delaware Action signed a Stipulation of Compromise and Settlement ("Stipulation") that, upon approval by the Delaware Court of Chancery, releases all claims against the defendants and requires Plaintiffs to move for voluntary dismissal of the Federal Actions with prejudice. On March 15, 2013, after notice to Toll Brothers shareholders, the Delaware Court of Chancery entered an Order and Final Judgment ("Judgment") approving the Stipulation. (Attach. A)  In light of the Stipulation and Judgment, which release all of the claims asserted in this action, Plaintiffs now respectfully request that this Court dismiss with prejudice the derivative claims asserted in the Federal Actions. Because notice of the Stipulation was provided to Toll Brothers shareholders in the Delaware Action (see Attach. B, Ex. A at 4), and because that notice informed investors that the Stipulation resolves all claims of Toll Brothers against the defendants, (see id. at 4) and also informed investors that Plaintiffs would move for the dismissal of the Federal Actions with prejudice upon approval of the Stipulation (see id.), Plaintiffs request that the Court exercise its

discretion to grant this motion without requiring additional notice to Toll Brothers shareholders regarding Plaintiffs' voluntary dismissal of the Federal Actions.  See NECA-IBEW Pension Fund v. Cox, C.A. No. 1:11-cv-451, 2012 U.S. Dist. LEXIS 99559, at *2 (S.D. Ohio July 18, 2012) (holding that where "shareholders were given notice prior to judicial approval of the [State derivative] settlement . . . no additional notice is necessary."); see also Miller v. Hygrade Food Prods. Corp., C.A. No. 01-3953, 2002 U.S. Dist. LEXIS 9329, at *6-10 (E.D. Pa. May 23, 2002) (holding that notice to class not required under FRCP 23(e) where individual members settled in parallel consolidated action and class members were "specifically advised that [the putative class action] would be dismissed as part of the overall settlement").

The parties to the Federal Actions have conferred and defendants do not oppose this motion.

For the foregoing reasons, Plaintiffs move the Court to dismiss the Federal Actions with prejudice.

DATED:	March 21, 2013

Respectfully submitted,

By:  s/Gregory Del Gaizo  
   Gregory Del Gaizo  
   (admitted pro hac vice)

   ROBBINS UMEDA LLP  
   FELIPE ARROYO  
   GREGORY E. DEL GAIZO  
   600 B Street, Suite 1900  
   San Diego, CA 92101  
   (619) 525-3990  
   farryo@robbinsarroyo.com  
   gdelgaizo@robbinsarroyo.com

   *Attorneys for Plaintiff Oliverio Martinez*

s/Ronald A. Marron  
Ronald A. Marron  
(admitted pro hac vice)

LAW OFFICES OF RONALD A.  
   MARRON, APLC  
RONALD A. MARRON  
3636 Fourth Ave, Suite 202  
San Diego, CA 92103  
(619) 696-9006

*Attorneys for Plaintiff William Hall*

2

| | |
|---|---|
| LEVANT, MARTIN & TAUBER P.C.<br>ROBERT J. LEVANT<br>320 North 18th Street<br>Philadelphia, PA 19103<br>Telephone: (215) 564-5959<br>Facsimile: (215) 564-3939<br>relevant@imtpc.com<br><br>*Liaison Counsel for Plaintiffs* | THE GUILIANO LAW FIRM, P.C.<br>NICHOLAS J. GUILIANO<br>230 South Broad Street, Suite 601<br>Philadelphia, PA 19102<br>Telephone: (215) 413-8223<br>Facsimile: (215) 413-8225<br><br>*Attorneys for Plaintiff William Hall* |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(b), I hereby certify that counsel for plaintiffs, Toll Brothers, Inc., and the Individual Defendants have conferred in regards to the issues contained in this motion and counsel for Toll Brothers, Inc. and the Individual Defendants have indicated that they do not oppose this motion.

s/Gregory Del Gaizo
_____
GREGORY DEL GAIZO

## CERTIFICATE OF SERVICE

Gregory Del Gaizo, Esquire, hereby certifies that on March 21, 2013, I caused to be filed electronically and served electronically on all counsel of record a true and correct copy of Unopposed Motion for Approval of Voluntary Dismissal with Prejudice. This document is available for viewing and downloading from the ECF system.

                                                s/Gregory Del Gaizo
                                                GREGORY DEL GAIZO