

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------- x

OLIVERIO MARTINEZ and WILLIAM
HALL, Derivatively on Behalf of TOLL
BROTHERS, INC.,

    Plaintiffs,

vs.

ROBERT I. TOLL, BRUCE E. TOLL, ZVI
BARZILAY, JOEL RASSMAN, JOSEPH R.
SICREE, PAUL E. SHAPIRO, CARL B.
MARBACH, ROBERT S. BLANK,
RICHARD J. BRAEMER, ROGER S.
HILLAS, EDWARD G. BOEHNE, and
STEPHEN A. NOVICK,

    Defendants,

and

TOLL BROTHERS, INC., a Delaware
corporation,

    Nominal Defendant.

------------------------------- x

Lead Civil Action No. 2:09-cv-00937-CDJ
(Consolidated with Civil Action No. 2:09-cv-01405-CDJ)

Honorable C. Darnell Jones II

## ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS THIS ACTION, WITH PREJUDICE

AND NOW, this 26th day of March, 2013, upon consideration of Plaintiffs Oliverio Martinez's and William Hall's Unopposed Motion for Approval of Voluntary Dismissal with Prejudice, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The Verified Amended Consolidated Shareholder Derivative Complaint is hereby DISMISSED with PREJUDICE.

**ENTERED**

MAR 27 2013

**CLERK OF COURT**

3. In light of the notice provided in the Delaware Action concerning the release of claims and the voluntary dismissal of these Federal Actions, the Court determines that the notice of dismissal of these Federal Actions to Toll Brothers, Inc. shareholders is not necessary or required under Rule 23.1(c) of the Federal Rules of Civil Procedure.

4. The Clerk of the Court shall mark these matters as CLOSED.

_____
Hon. C. Darnell Jones II